CITY of PITTSBURGH, Department of Personnel and Civil Service Commission

v.

PENNSYLVANIA HUMAN RELATIONS COMMISSION, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 19, 1994.

Decided Oct. 12, 1994.

Diane Blancett–Maddock, Asst. Chief Counsel, Pa. Human Relations Com'n, for appellant.

Mary K. Conturo, City Sol., Marianne S. Malloy, Asst. City Sol., for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.